# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MARYLAND

**08-342-M 01**

| UNITED STATES OF AMERICA vs. HALL, EDWARD E | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| | P133957 MY93 | 09/30/2003 |
| *Defendant* | DUI/DRUGS | **FILED** MAY 22 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

03-4161M - FTA - TRIAL 5/22/2008

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date __5/22/08__

_____
United States Magistrate Judge
HON. THOMAS M DIGIROLAMO

### RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| DATE | LOCATION |
|---|---|
| 5/22/08 | US District Court Wash. DC |

Name: D. Walker   Title: DUSM   District: D/DC 016
Date: 5/22/08   Signature: _____ DUSM



# UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

### DISTRICT OF MARYLAND        08-342-M 01

| UNITED STATES OF AMERICA vs. HALL, EDWARD E  Defendant | Violation Notice Number(s) P133957 MY93 DUI/DRUGS | Violation Date(s) 09/30/2003 |
|---|---|---|

03-4161M - FTA - TRIAL 5/22/2008

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ **APPEARANCE REQUIRED** may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

Sincerely,

UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE:
PHONE:

PLEASE BE SURE TO
INCLUDE YOUR VIOLATION
NOTICE NUMBER, DATE
ISSUED AND REFERENCE
TO PERSON FINE IS BEING
PAID FOR IF OTHER THAN
PAYER ON ALL CHECKS OR
MONEY ORDERS.



# UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

### DISTRICT OF MARYLAND      08-342-M 01

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| HALL, EDWARD E  *Defendant* | P133957<br>MY93<br><br>DUI/DRUGS | 09/30/2003 |

03-4161M - FTA - TRIAL 5/22/2008

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ **APPEARANCE REQUIRED** may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

Sincerely,

UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE:
PHONE:

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

COPY II - U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY

# United States District Court Violation Notice

**FILED MAY 22 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Violation No: **P 133957**    08-342-M 01

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 9/30/03 0057
Offense Charged: 36f
Place of Offense: Parker RD w/o Suitland Parkway
DWI - Drugs

Incident Officer Name: J. Bellins
Officer No: 316

Defendant's Last Name: Hall
First Name: Edward
MI: Eugene

VEHICLE DESCRIPTION
Tag No: 
State: 
Year: 
Make: 
Model: 
Color: 

☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

☐ I wish to terminate this matter by paying the collateral shown below.
☐ I plead not guilty and promise to appear as required.

YOUR COURT DATE: TBA

Court Address: US District Court, US Courthouse, 601 Market St, Alexandria VA 22314

Physical Description:
Sex: M  Race: B  Height: 5'8  Weight: 150  Hair: Blk  Eyes: Brn

Collateral Amount: 
Original CVB Copy

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on _____, 19___ while exercising my duties as a law enforcement officer in the _____ District of _____.

_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____   _____
Date   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____   _____
Date   US Magistrate Judge

CVR Scan 10/27/2003 13:02:41